Date: 07/12/10   DIVIDENDS REMITTED TO THE COURT   # 150616   Page:

Case Number 08-12300 - GOZDINSKY, DAVID W JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| mitsubishi motors credit of america inc<br>po box 9940<br>mobile al 36691<br>   (6-1) closed end vehicle lease<br>   agreement, expires on 11/1/08 | 000006 | 1.00 | 0.06 |
| ---------- Remittance Total --------------- | | 1.00 | 0.06 |

109

*signature*
RICHARD A. BAUMGART, Trustee



COURT
08-12300-aih    Doc 54    FILED 07/16/10    ENTERED 07/16/10 16:39:31    Page 1 of 1

Printed: 07/12/10 10:02 AM   Ver: 15.10b